UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF:   Case No. 1:21-mj-192
A USPS Mail Parcel now in the Custody of the   Magistrate Judge Susan K. Lee
USPIS

## AFFIDAVIT

I, Lauren Moon, being duly sworn, hereby depose and say:

1. I am a Task Force Officer with the United States Postal Inspection Service. I am further employed as a Special Agent with the Tennessee Bureau of Investigation and currently assigned to the Drug Investigation Division for the Eastern District of Tennessee. I have been employed in that capacity since August of 2019. Currently, I am responsible for investigating crimes involving the United States Postal Service ("USPS"), specifically those involving the use of the United States Postal Service to facilitate the transport of illegal narcotics.

2. I am a Law Enforcement Officer under the authority of Title 18, United States Code, Section 3061. As such, I am authorized to make arrests with or without warrants for offenses made in my presence or when I have reasonable grounds to believe the person has committed or is committing a felony against the United States. I am also authorized under this statute to carry firearms and make seizures of property as provided by law.

3. From my training and experience, I know that the United States Postal Service is frequently used to transport illegal narcotics to areas throughout the United States. I am also aware that the United States Postal Service is used to send the proceeds relating to narcotics distribution back to the narcotics source of supply. I also know that the reason drug traffickers use the United States Mail to ship controlled substances and their proceeds is because of the speed and protection afforded the United States Mail.

Page **1** of **6**

4. Title 21, United States Code, Section 841 makes it an offense for any person to manufacture, distribute, or possess with intent to manufacture or distribute, a controlled substance. Title 21, United States Code, Section 843(b) makes it an offense for any person knowingly or intentionally to use any communication facility in committing or in causing to facilitate the commission of any act or acts constituting a felony under any provisions of Subchapter I or Subchapter II of the Drug Abuse Prevention and Control Act. Title 21, United States Code, Section 846 makes it an offense to conspire to commit an offense set out in Title 21. Under Title 18 United States Code, Section 1342 makes it illegal to receive mail matter or parcels addressed to fictitious names while carrying on unlawful business.

5. To combat the distribution of illegal narcotics and their proceeds, certain investigative techniques are utilized by Postal Inspectors. What follows is not meant to set forth all exhaustive investigative knowledge of this case or investigative techniques used, but only those facts necessary in order to establish probable cause.

## RELEVANT FACTS

6. On September 23, 2021 I identified the following outbound parcel as suspicious:

| From: | To: |
|---|---|
| Donnie Goins | Alan Brewer |
| 222 Warren St | 1875 Buhne Drive SPC 36 |
| Rossville, GA 30741 | Eureka, CA 95503 |



Page **2** of **6**

7. The reasons I believe the above parcel (which is identified in Attachment A to this affidavit) contains illegal narcotics or cash proceeds from the trafficking of illegal narcotics includes, but are not limited to the following factors:

8. Despite bearing a return address in the Rossville, GA area, the target parcel was shipped from the USPS Post Office located in the north Chattanooga area located within the Eastern District of Tennessee. This parcel is addressed to a known source state (California) which based on my training and experience is known to supply the Eastern District of Tennessee with large quantities of illegal drugs and is further known for being a state that commonly receives cash proceeds from the illegal sale of narcotics from the Eastern District of Tennessee.

9. Using databases available to your affiant, I researched the recipient address. I was unable to find any subject by the name of "Alan Brewer" as a current, or former, resident of this residence. Based on your affiant's training and experience with the interdiction of illegal drugs and their proceeds trafficked through the USPS mail stream, I know it is common for subjects to utilize fictious recipient names on the parcel to hinder law enforcement from identifying the actual recipient of illegal drugs or their proceeds.

10. Upon review of historical parcels going from Chattanooga, TN to Eureka, CA, I observed (5) prior parcels since May of 2021 in which "Donnie Goins 222 Warren St Rossville, GA 30741" was listed to be the sender. The most recent parcel utilizing this sender name and address shipped from Chattanooga, TN to Eureka, CA was found to be August 5, 2021. Your affiant reached out law enforcement partners regarding the recipient addresses of prior parcels from "Donnie Goins" and learned that at least two of these residences were residences of known drug offenders. The images below depict two prior parcels sent to said residences of known drug offenders currently, or previously, under investigation by law enforcement partners.

Page **3** of **6**

Case 1:21-mj-00192-SKL   Document 2   Filed 09/27/21   Page 3 of 9   PageID #: 7

11. This USPS parcel was shipped on June 6, 2021 to a residence of a known drug offender in Eureka, CA. See below:



12. This USPS parcel was shipped on May 5, 2021 to a residence of a known drug offender in Eureka, CA. The name "Christina Dominguez" was not found to be associated with this address presently, or previously. See below:



13. The target parcel was also shipped out with a second parcel during the course of the same transaction. The second parcel was addressed to Pedro Hernandez at P.O. Box 5945 Eureka, CA 95502. The return address was listed as Donnie Goins of 222 Warren St Rossville, GA 30741 on this parcel as well. USPS business records did not show "Pedro Hernandez" as the PO Box holder or a listed associate of the PO Box holder/customer.

14. Based on your affiant's training and experience with the interdiction of illegal drugs and their proceeds in the USPS mail stream, I know it is common for senders of said drugs

Page **4** of **6**

or proceeds to send parcels to more than one address to eliminate one's loss if one of the parcels is intercepted. Additionally, I know it is common for known recipients to utilize multiple different addresses to receive illegal drugs or their proceeds to hinder law enforcement from detecting illegal activity.

15. On September 23, 2021, USPIS Inspector Jed Hutchison met with Tennessee Highway Patrol's K-9 Drug Detector Dog Unit Officer Rich Thomas and his K-9 "Marci." K-9 Marci conducted exterior examinations of the above parcel along with three (3) other parcels of similar size and appearance. Inspector Hutchison was present when the parcels were presented to K-9 Marci by her handler, Officer Thomas. Officer Thomas informed Inspector Hutchison that K-9 Marci demonstrated a positive alert and indication on the parcel bearing the above address (i.e., the parcel that is the object of the applied-for warrant).

16. Inspector Hutchison and I have been advised of the qualifications of the K-9 handler and his narcotics detector canine. K-9 Marci is trained to detect the odor of illegal narcotics including but not limited to marijuana, cocaine, heroin, and methamphetamine. K-9 Marci and Officer Thomas have met standards set forth by the United States Police Canine Association and are certified as a K9 unit by the Tennessee Highway Patrol. For approximately five years, K-9 Marci and Officer Thomas have completed bi-monthly training sessions, including K-9 drug detection techniques, handling and handler-dog communication. Additionally, K-9 Marci and Officer Thomas engage in a minimum of at least 16 hours per month of training in drug detection techniques, handling, and handler-dog communication. K-9 Marci has been in service for approximately five years, during which time, she has proven reliable in detecting narcotics odor, including the odor of marijuana, cocaine, heroin, and methamphetamine.

17. Based on the facts set forth in this affidavit, I believe there is probable cause to believe that the above-mentioned parcel contains controlled substances, currency, paraphernalia, or other evidence that relates to trafficking of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the U.S. Mails, to facilitate the distribution of a controlled substance).

18. The subject parcel has been maintained unopened in my custody pending application for a search warrant.

19. Because this application and affidavit relate to an ongoing investigation that is currently covert, immediate notification of execution of this warrant is likely to seriously jeopardize that ongoing investigation. As discussed above, it is not readily clear that the return address on this parcel accurately identifies its sender such that the individual or entity is amenable to notification. Regardless, disclosure of this search warrant at this stage would present targets an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. Accordingly, your affiant requests delayed notification for a period of 30 days, up to and including October 27, 2021.

FURTHER AFFIANT SAYETH NAUGHT

*Lauren Moon*
Lauren Moon
Task Force Officer
United States Postal Inspection Service

Subscribed and sworn to before me this 27th day of September, 2021.

Hon. Susan K. Lee
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

IN THE MATTER OF THE SEARCH OF:  Case No. 1:21-mj- 192
A USPS Mail Parcel now in the Custody of the  Magistrate Judge Susan K. Lee
USPIS

**ATTACHMENT A**

<u>DESCRIPTION OF THE PROPERTY TO BE SEARCHED</u>

USPS MAIL PARCEL IDENTIFIED BY TRACKING NUMBER

9505 5139 5237 1265 4946 78

ADDRESSED TO:

Alan Brewer
1875 Buhne Drive SPC 36
Eureka, CA 95503

that is now in the custody of the United States Postal Inspection Service in the Eastern District of Tennessee.

Page **1** of **1**

IN THE MATTER OF THE SEARCH OF:     Case No. 1:21-mj-
A USPS Mail Parcel now in the Custody of the     Magistrate Judge Susan K. Lee
USPIS

## ATTACHMENT B

### LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR AND SEIZED PURSUANT TO SEARCH WARRANT

1. One US Mail Parcel described above.

2. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

3. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

4. Letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

5. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

6. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing, and distributing controlled substances, but not limited to scales, baggies, and

packing material;

7. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes, and keys;

8. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

9. Any and all other material evidence of violations of 21 U.S.C. §§ 841, 843, and 846, which include attempt and possession with intent to distribute and distribution of controlled substances and importation of a controlled substance from a foreign country.